UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRESH VEGETABLES DISTRIBUTION, LLC, a Texas limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>JS COMPANIES, LLC, *et al.*,<br><br>Defendants. | Case No.  1:25-cv-01326-JLT-BAM<br><br>ORDER DENYING PETITION FOR EXTENSION OF TIME ON CIVIL CASE WITHOUT PREJUDICE<br><br>(Doc. 10.) |

Plaintiff Fresh Vegetables Distribution, LLC initiated this action under the Perishable Agricultural Commodities Act ("PACA") on October 6, 2025, against Defendants JS Companies, LLC, Jenna R. Scarborough, Jayda L. Scarborough, and Julia P. Scarborough. (Doc. 1.) An initial Scheduling Conference is set for February 5, 2026. (Doc. 5.)

On November 19, 2025, defendant Jenna Scarborough, proceeding *pro se*, filed a "petition for a extension of 60 days on the case file . . . due to needing to find legal representation to fully review this case." (Doc. 10.) Defendant Jenna Scarborough purports to request the extension on behalf of herself and defendants JS Companies LLC, Jayda L. Scarborough, and Julia P. Scarborough. (*Id.*)

The Court construes the broad request for an extension of time of the case file as a motion to stay this action for sixty (60) days. A district court "has broad discretion to stay proceedings as an incident to its power to control its own docket." *Clinton v. Jones*, 520 U.S. 681, 706 (1997)

1

(citing *Landis v. North American Co.*, 299 U.S. 248, 254 (1936)). The party seeking the stay bears the burden of establishing the need to stay the action. *Clinton*, 520 U.S. at 708.

Based on the information presented, defendant Jenna Scarborough has not met her burden of establishing the need to stay this action. There is no indication that defendant Jenna Scarborough is unable to file a motion or pleading or is otherwise unable to communicate with the Court. Further, she has not identified any particular deadline that she wishes to be extended. As indicated above, the scheduling conference in this matter is not set until February 5, 2026, which is more than sixty (60) days from the date of the request.

Additionally, to the extent defendant Jenna Scarborough is attempting to represent the other defendants in this action, she may not do so. "Although a non-attorney may appear *in propria persona* in his own behalf, that privilege is personal to him. He has no authority to appear as an attorney for others than himself." *C.E. Pope Equity Trust v. U.S.*, 818 F.2d 696, 697 (9th Cir. 1987) (citations omitted). Further, corporations, including limited liability corporations, may not appear in any action or proceeding *pro se* and must be represented by counsel. *See Rowland v. California Men's Colony, Unit II Men's Advisory Council*, 506 U.S. 194, 202 (1993); *D-Beam Ltd. P'ship v. Roller Derby Skates, Inc.*, 366 F.3d 972, 973-74 (9th Cir. 2004).

Accordingly, defendant Jenna Scarborough's petition for an extension of time, construed as a motion to stay, is DENIED without prejudice.

IT IS SO ORDERED.

Dated: **December 2, 2025**          /s/ *Barbara A. McAuliffe*
                                      UNITED STATES MAGISTRATE JUDGE