UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRESH VEGETABLES DISTRIBUTION, LLC, a Texas limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>JS COMPANIES, LLC, *et al.*,<br><br>Defendants. | Case No.  1:25-cv-01326-JLT-BAM<br><br>ORDER TO SHOW CAUSE WHY DEFAULT SHOULD NOT BE ENTERED AGAINST DEFENDANT JENNA R. SCARBOROUGH<br><br>(Doc. 12)<br><br>**THIRTY-DAY DEADLINE** |

Plaintiff Fresh Vegetables Distribution, LLC initiated this action under the Perishable Agricultural Commodities Act ("PACA") on October 6, 2025, against defendants JS Companies, LLC, Jenna R. Scarborough, Jayda L. Scarborough, and Julia P. Scarborough. (Doc. 1.) An initial Scheduling Conference is set for February 5, 2026. (Doc. 5.)

On November 19, 2025, defendant Jenna Scarborough, proceeding *pro se*, filed a "petition for a extension of 60 days on the case file . . . due to needing to find legal representation to fully review this case." (Doc. 10.) The Court construed the broad request for an extension of time of the case file as a motion to stay this action for sixty (60) days and denied the motion without prejudice on December 3, 2025. (Doc. 11.) The Court also advised that defendant Jenna Scarborough could not represent the other defendants in this action. (*Id.*)

On December 5, 2025, plaintiff Fresh Vegetables Distribution, LLC filed a request for entry of default against defendants JS Companies, LLC, Jenna R. Scarborough, Jayda L.

1

Scarborough, and Julia P. Scarborough for the failure to plead or otherwise defend this action. (Doc. 12.)  The Clerk of the Court thereafter entered default as to defendants JS Companies, LLC, Jayda L. Scarborough, and Julia P. Scarborough.  (Doc. 13.)

In light of defendant Jenna L. Scarborough's November 2025 request, it appears to the Court that she is attempting to defend this action.  However, she has not filed an answer or other responsive pleading to the complaint in compliance with Federal Rule of Civil Procedure 12.  Accordingly, defendant Jenna L. Scarborough shall show cause by WRITTEN RESPONSE within **thirty (30) days** of service of this order why her default should not be entered.  Defendant may comply with this order by filing an answer or other responsive pleading to the complaint.  Defendant is warned that the failure to comply with this order will result in the entry of her default pursuant to Federal Rule of Civil Procedure 55.

IT IS SO ORDERED.

Dated:  **December 9, 2025**              /s/ *Barbara A. McAuliffe*  
                                                              UNITED STATES MAGISTRATE JUDGE