# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

FRESH VEGETABLES DISTRIBUTION, LLC, a Texas limited liability company,

Plaintiff,

v.

JS COMPANIES, LLC, a California limited liability company t/a JS BERRIES; JENNA R. SCARBOROUGH, an individual; JAYDA L. SCARBOROUGH, an individual; and JULIA P. SCARBOROUGH, an individual,

Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.: 1:25-cv-01326 JLT BAM

**FINAL ORDER AND JUDGMENT**

**THIS MATTER** having come before the Court on Plaintiff's application for a Final Order and Judgment; and it appearing that pursuant to the terms of the Stipulation and Order previously filed in this action, this Court is to enter this Final Order and Judgment immediately upon the filing of a declaration by Plaintiff's attorney which states that payment has not been made by Defendants as required by the Stipulation and Order dated December 12, 2025 (Doc. 16) and Defendants have failed to cure the default in payment; and it appearing that Plaintiff's attorney has filed such a declaration and that Defendants have failed to make payment and to cure that default in accordance with the Stipulation and Order; and for good cause shown;

1

**ORDERED, ADJUDGED, AND DECREED** that plaintiff Fresh Vegetables Distribution LLC ("Plaintiff") is a qualified trust creditor and beneficiary under the provisions of the Perishable Agricultural Commodities Act, 7 U.S.C. § 499a et seq. ("PACA"), of defendants JS Companies, LLC trading as JS Berries ("JS Berries"), Jenna R. Scarborough ("Jenna Scarborough"), Jayda L. Scarborough ("Jayda Scarborough") and Julia P. Scarborough ("Julia Scarborough") (JS Berries, Jenna Scarborough, Jayda Scarborough and Julia Scarborough collectively, "Defendants"), jointly and severally, for a debt in the: (a) principal amount of $69,992.00; (b) plus interest at the rate of 18% per annum through December 9, 2025 in the amount of $7,812.48; (c) attorneys' fees, costs and legal expenses incurred by Plaintiff in the amount of $6,000.00, as recited in the Stipulation and Order; (d) less $23,333.34 paid by Defendants pursuant to the Stipulation and Order; (e) plus additional accrued interest from December 10, 2025 through January 13, 2026 in the amount of $1,208.08, for a total judgment in the amount of $61,679.22 under the trust provisions of the PACA; and it is further

**ORDERED** that Defendants shall, within five business days of service of this Order, turnover any and all funds realized from the sale of produce or products derived from produce in their possession to Wanger Jones Helsley PC, 265 E. River Park Circle, Suite 310, Fresno, California 93720 ("Plaintiff's Counsel"), for distribution to Plaintiff; and it is further

**ORDERED** that any and all funds belonging to Defendants, in the possession of third parties (including banking institutions), shall be immediately turned over to Plaintiff's Counsel, for distribution to Plaintiff; and it is further

**ORDERED** that any and all funds owed to Defendants shall be paid directly to Plaintiff's Counsel, when due for distribution to Plaintiff; and it is further

**ORDERED** that Defendants shall supply to Plaintiff's Counsel, within five days of the date of this Order, any and all documents in their possession, custody or control which reflect or relate to Defendants' assets and liabilities, including, but not limited to, the most recent balance sheets, profit/loss statements, accounts receivable reports, accounts payable reports, accounts paid records, bank account statements and income tax returns; and it is further

**ORDERED** that the judgment entered in favor of Plaintiff and against Defendants, jointly and severally, is a final judgment, there being no just cause for delay in light of Plaintiff's statutory right to

prompt payment under PACA, and Plaintiff may have immediate execution therefore.

IT IS SO ORDERED.

Dated:   **January 14, 2026**

UNITED STATES DISTRICT JUDGE